No. 88-6319. REDWINE *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 88-6320. BROWN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 88-6321. BROWN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 88-6324. BOYD *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 88-6329. PARKER *v.* SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88-6335. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88-6336. CHIPPS *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 88-6337. ELLIOTT *v.* MYERS, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY AT SOLEDAD, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 88-6343. BENSON *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88-6358. HICKS *v.* FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 88-6372. DANIELS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 88-6373. GREEN, AKA HORNUNG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88-6395. SHANNON *v.* KLINCAR, CHAIRMAN, ILLINOIS PRISONER REVIEW BOARD, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88-6403. LONG *v.* UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT. C. A. Fed. Cir. Certiorari denied.